Thomas F. Smith, Respondent, v. Sarah A. Smith and Edward J. Smith, Appellants. — Judgment reversed and a new trial granted, costs to abide the event, upon the ground that the trial court erred in its rulings upon questions of evidence to the substantial prejudice of the defendants, they excepting at folios 84, 351, 445, 87–94, 255 and 208–210.  Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Carr, J., not voting.

William H. Sweezy, Respondent, v. Joanna M. O'Rourke, Appellant.— The contract contemplated that plaintiff should sink the well until gravel-bearing fresh water was reached.  It conclusively appears that he failed to perform his contract in this respect.  Judgment reversed and complaint dismissed, with costs.  Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

Lucille Tompkins, Respondent, v. Edward Yale, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

Jacob Vinokur, Respondent, v. Frank C. Elia, Appellant. — Judgment and order of the County Court of Westchester county affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Carr, J., not voting.

American Metal Ceiling Company, Inc., Respondent, v. New Hyde Park Fire District and Others, Defendants.  Nassau Lumber Company, Appellant.— Motion for reargument granted, and case set down for Thursday, May 4, 1916.  Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Arthur G. Erlanger, Appellant, v. Harriet E. Erlanger, Respondent.— Motion for stay granted only in so far as the order provides for counsel fee.  Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Anna Fenn, Plaintiff, v. Marie Kirstein, Defendant.— Motion denied, with ten dollars costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Application of William S. Kies for Admission to the Bar.— Application granted.  Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

In the Matter of the Election of Trustees of Shiloh Baptist Church.  Petition of Henry Scott and Others.— Motion granted on condition that appellants perfect the appeal, place the case on the May calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.  Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

George H. Luckey, Respondent, v. Erie Railroad Company, Appellant. — Motion for reargument denied, with ten dollars costs.  Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Lye Lee, Appellant.— Motion granted.  Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.  Order to be settled before Mr. Justice Stapleton.

The People of the State of New York ex rel. Herman W. Scheib, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Motion to quash writ denied, with ten dollars costs.